**Via ECF**

August 1, 2024

Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1892

                In re:    *Holder v. Bobb et al.*
                         Case No.: 1:24-cv-02362-KAM-LKE

Dear Hon. Kiyo A. Matsumoto:

      This office represents the Defendants in the above-referenced matter. Pursuant to this Court's directive and order, I am requesting leave of the Court to file a sealed document concerning certain past medical issues via the ECF today. I phoned chambers, and was referred to the website for further instructions. Given the sensitive nature of the letter, I am exercising extreme caution.

                                          */s/ Victor M. Feraru*
                                          *Attorney for Defendants*
                                          57 W. 57th Street
                                          Suite 407
                                          New York, New York 10019
                                          T: 516-699-2285
                                          E: victor@vicslaw.com

cc: All Parties via ECF